UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
       United States of America,

             -against-

        Robert Zuchowski,
                      Defendant(s).
-----------------------------------------------------X

**ORDER**

7:17-CR-00364 (CS) (20)

Seibel, J.

       The parties having advised that the sealing of the change of plea and Judgment are no longer necessary, I hereby Order that the respective documents be unsealed.

      **SO ORDERED.**

Dated:  January 21, 2021
        White Plains, New York

_____
        Cathy Seibel, U.S.D.J.