UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
        United States of America,

-against-

        Robert Zuchowski,
                Defendant(s).
-------------------------------------------------------X

**ORDER**

7:17-CR-00364 (CS) (20)

Seibel, J.

In addition to the documents referenced in the Court's January 21, 2021 unsealing Order,

I hereby order that the S6 Information and the Waiver of Indictment, filed in connection with the

Defendant's November 21, 2018 plea hearing, also be unsealed.

      **SO ORDERED.**

Dated:  January 29, 2021
        White Plains, New York

_____
        Cathy Seibel, U.S.D.J.